IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY R. TAYLOR, JR., and<br>DEBRA B. TAYLOR,<br><br>　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, *et al.*,<br><br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 7:12cv00010-SGW<br>)<br>)<br>)<br>) |

## MOTION FOR REMAND

COME NOW Plaintiffs Jerry R. Taylor, Jr. and Debra B. Taylor ("Taylors"), by counsel, pursuant to 28 U.S.C.S. § 1447, and hereby moves this honorable Court for an Order remanding this case back to the Circuit Court for Alleghany County, Virginia. As support therefor, the Taylors refer to their Memorandum in Support, attached hereto and incorporated by reference.

WHEREFOR, the Taylors ask that this case be remanded, and that they be awarded their attorney's fees and costs, pursuant to 28 U.S.C.A. § 1447(c).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JERRY R. TAYLOR, JR., and DEBRA B.
　　　　　　　　　　　　　　　　　　　　TAYLOR,

　　　　　　　　　　　　　　　　　　　　By: s/Robert Michael Doherty
　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

Dennis P. Brumberg (VSB# 1031)
Robert Michael Doherty (VSB# 43997)
Brumberg, Mackey & Wall, P.L.C.
30 Franklin Road, Suite 800
Roanoke, Virginia 24011
Telephone: (540) 343-1044
Facsimile: (540) 343-2987
Email: mdoherty@bmwlaw.com

1

And

William A. Parks, Jr.
P.O. Box 1175
Covington, Virginia 24426
Telephone: (540) 962-2222
Facsimile: (540) 962-2234
Email: Wparks22@aol.com

**Counsel for Plaintiff**

## CERTIFICATE

I hereby certify that I electronically filed the foregoing with Julia C. Dudley, Clerk, U. S. District Court, using the CM/ECF system which will send notification of such filing to the following on this 8th day of February, 2012:

Matthew D. Green, Esq.
Antoinette N. Morgan, Esq.
Morris and Morris, P.C.
P.O. Box 30
Richmond, VA 23218

**Counsel for Defendants Bank of New York Mellon, Recontrust Company, N.A., and Mortgage Electronic Registration Systems, Inc.**

/s://Robert Michael Doherty, Esq.

2